UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KURT ORBAN PARTNERS, LLC,

               Plaintiff,

      v.

SWASTIK PIPES LTD.,

              Defendant.

Case No.  14-cv-04323-JD

**ORDER OF DISMISSAL**

Re: Dkt. No. 21

      The Court has repeatedly extended plaintiff's time to serve the complaint on defendant. On July 27, 2015, the Court set a final service deadline of August 30, 2015, with notice that the case would be dismissed if plaintiff did not accomplish that.  Dkt. No. 21.  The deadline has long passed without notice of service.  Consequently, the case is dismissed without prejudice.

      **IT IS SO ORDERED.**

Dated: September 30, 2015

_____

JAMES DONATO
United States District Judge

United States District Court
Northern District of California